IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

       Plaintiff,          1: 08 CV 0607 AWI WMW PC

       vs.                  ORDER


WARDEN HEDGPETH, et al.,

       Defendants.


      On July 7, 2008, findings and recommendations were entered, recommending that Plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g). The recommendation is based upon the June 3, 2008, order to show cause. On August 21, 2008, Plaintiff filed a document titled as Objections to Findings and Recommendations and Request for Extension of Time. In this submission, Plaintiff seeks an extension of time in which to respond to the June 3, 2008, order to show cause. The court will grant Plaintiff an extension of time. Plaintiff is cautioned that if he fails to file a response to the June 3,2008 order to show cause within thirty days, the recommendation of dismissal will be submitted to the District Court.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a response to the June 3, 2008, order to show cause.

 IT IS SO ORDERED.

**Dated:**   **September 3, 2008**             **/s/ William M. Wunderlich**
                                                         UNITED STATES MAGISTRATE JUDGE