IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES SMITH,

        Plaintiff,        1: 08 CV 0607 AWI WMW PC

   vs.                     ORDER DIRECTING THE CALIFORNIA
                          DEPARTMENT OF CORRECTIONS AND
                          REHABILITATION TO SEND TO THE COURT
                          INMATE TRUST ACCOUNT STATEMENT

WARDEN HEDGPETH, et al.,

        Defendants.

On July 7, 2008, findings and recommendations were entered, recommending that Plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g). On August 21, 2008, Plaintiff filed objections to the findings and recommendations. On September 3, 2009, the court granted Plaintiff an extension of time in which to show cause whey he should not be granted leave to proceed in forma pauperis. Plaintiff was cautioned that should he fail to do so, the recommendation of dismissal would be submitted to the District Court. Plaintiff failed to do so, and on October 30, 2008, the findings and recommendations were adopted by the District Court, denying Plaintiff leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).

On November 19, 2008, Plaintiff filed objections to the findings and recommendations.

On November 17, 2008, Plaintiff filed a document titled as a motion regarding costs. In his objections and motion, Plaintiff indicates that he is having difficulty paying the filing fee, though he has the ability to do so. On February 10, 2009, an order was entered, vacating the findings and recommendations and directing Plaintiff to submit to the court a copy of his inmate trust account statement and a copy of his request to have the $350 filing fee withdrawn from his prison trust account.

On March 19, 2009, Plaintiff filed a document titled as a motion to proceed in forma pauperis. In this document, Plaintiff indicates that Defendants "refuse to provide Plaintiff with accurate information regarding his funds in his prison account." Plaintiff states that Defendants refuse to deduct money from Plaintiff's inmate trust account. The court will therefore direct the California Department of Corrections and Rehabilitation to forward Plaintiff's inmate trust account statement directly to the court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Director of the California Department of Corrections and Rehabilitation or his designee shall forward to the court a certified copy of Plaintiff's inmate trust account statement, indicating all inmate trust account activity for the past six months.

2. The Clerk of the Court is directed to serve a copy of this order on the California Department of Corrections and Rehabilitation via the court's electronic case filing system (CM/ECF).

IT IS SO ORDERED.

**Dated:   March 25, 2009**                    **/s/  William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE