IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES SMITH,

    Plaintiff,               1: 08 CV 00607 AWI YNP GSA (PC)

  vs.                           ORDER DISMISSING ACTION

WARDEN HEDGPETH, et al.,

    Defendants.

      On July 7, 2008, findings and recommendations were entered, recommending that Plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g). On August 21, 2008, Plaintiff filed objections to the findings and recommendations. On September 3, 2008, the Court granted Plaintiff an extension of time in which to show cause why he should not be denied leave to proceed in forma pauperis. Plaintiff was cautioned that should he fail to do so, the recommendation of dismissal would be submitted to the District Court. Plaintiff failed to do so, and on October 30, 2008, the findings and recommendations were adopted by the District Court, denying Plaintiff leave to proceed in forma pauperis pursuant to 28 U.S.C § 1915(g).

      On November 19, 2008, Plaintiff filed objections to the findings and recommendations. On November 17, 2008, Plaintiff filed a document titled as a motion regarding costs. In his

objections and motions, Plaintiff indicated that he had difficulty paying the filing fee, though he indicated that he had the ability to do so.  On February 12, 2009, an order was entered, directing Plaintiff to submit a copy of his inmate trust account statement, as well as a copy of Plaintiff's request to withdraw the $350 from his inmate trust account.  Plaintiff was advised that his failure to submit his trust account statement would result in dismissal of this action for failure to pay the filing fee.

On March 19, 2008, Plaintiff filed a document titled as a motion to proceed in forma pauperis.  In this document, Plaintiff indicates that his requests for a copy of his inmate trust account are being ignored by prison officials.  On March 26, 2009, the Court directed prison officials to submit the trust account information directly to the court.  On April 8, 2009, Plaintiff filed a motion for injunctive relief and a motion to proceed in forma pauperis.  In these submissions, Plaintiff represents that he has requested that the filing fee be submitted to the Court.

Attached to the April 8, 2009, motion for leave to proceed in forma pauperis, Plaintiff attaches a copy of his inmate trust account statement covering the time period of November 1, 2008, to March 4, 2009.  Plaintiff also attaches a document dated March 13, 2009.  This document is a copy of a memorandum dated March 13, 2009, from an account clerk at Kern Valley State Prison to Plaintiff, regarding Plaintiff's request to forward the $350 filing fee to the court. The memorandum indicates that "at no time since your arrival here at Kern Valley State Prison your Trust Acccount Balance ever in excess of $350.00."  Plaintiff's request was denied on the ground of insufficient funds.

To date, Plaintiff has not submitted the $350 filing fee for this action.  Plaintiff has been denied leave to proceed in forma pauperis in this and several other actions pursuant to 28 U.S.C. § 1915(g).  It is Plaintiff's responsibility to forward the filing fee, in full, in order to prosecute this action.  Plaintiff has failed to do so.

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice
2  pursuant to Local Rule 11-110 for Plaintiff's failure to pay the filing fee.  All outstanding
3  motions are denied.  The Clerk is directed to close this case.

5  IT IS SO ORDERED.

6  **Dated:   October 23, 2009**              **/s/ Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE